UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN YANG,

                Plaintiff,

    -v-

MERCHANTS HOSPITALITY, INC.,

                Defendant.

CIVIL ACTION NO.: 24 Civ. 4125 (MKV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic conference held today, April 23, 2026, the parties are ORDERED to file a joint letter on the status of settlement or a stipulation of dismissal by **Friday, May 1, 2026**.

Dated:      New York, New York
            April 23, 2026

                        SO ORDERED.

                        SARAH L. CAVE
                        **United States Magistrate Judge**