UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/30/26___

STEPHEN YANG,

              Plaintiff,

      -against-

MERCHANTS HOSPITALITY, INC.,

              Defendant.

1:24-cv-4125 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a "Joint Notice of Settlement" from the parties, stating that they have reached a settlement in principle [ECF No. 46]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and the application to restore the action is made by **June 15, 2026**. The parties' request for nearly four months "to ensure the terms of resolution have been finalized" is denied as unreasonably long. If no application to restore is made by June 15, 2026, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). Plaintiff's request to file a motion for sanctions [ECF Nos. 27, 43] is denied as moot. All other dates and deadlines are adjourned *sine die*.

**The parties remain on notice that failure to comply with court orders and all applicable rules may result in sanctions.**

**SO ORDERED.**

**Date: April 30, 2026**
     **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**