UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN YANG,

                    Plaintiff,

        -v-

                                              CIVIL ACTION NO.: 24 Civ. 4125 (MKV) (SLC)

MERCHANTS HOSPITALITY, INC.,

                                                              **ORDER**

                    Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

A telephonic conference on the status of the parties' finalization of their settlement is scheduled for **Monday, June 8, 2026 at 2:00 p.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:        New York, New York
              May 1, 2026

                              SO ORDERED.

                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**