UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN YANG,

                              Plaintiff,

        -v-

                                                    CIVIL ACTION NO.: 24 Civ. 4125 (MKV) (SLC)

MERCHANTS HOSPITALITY, INC.,

                                                    **ORDER**

                              Defendant.


**SARAH L. CAVE,** United States Magistrate Judge.

Based on a change in the Court's calendar, the telephonic conference on the status of the parties' finalization of their settlement agreement on Monday, June 8, 2026 at 2:00 p.m. ET is ADJOURNED to **Tuesday, June 9, 2026 at 12:30 p.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:        New York, New York
              May 8, 2026

                              SO ORDERED.


                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**